**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 04-cv-02320-REB-PAC

CHARLES WILLIAM FLETCHER, III,

      Applicant,

v.

GARY GOLDER, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

      Respondents.

## ORDER TO CURE DEFICIENCY

**Blackburn, J.**

Applicant submitted a Notice of Appeal on July 22, 2005. The court has determined that the document is deficient as described in this order. Applicant is directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
      X    is not submitted
      ___  is missing affidavit
      ___  is missing required financial information
      ___  is missing an original signature by the prisoner
      ___  is not on proper form (must use the court's current form)
      ___  other_____

**THEREFORE, IT IS ORDERED** as follows:

1. that applicant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that applicant files in response to this order must include the civil action number on this order.

2. that the clerk of the court mail to applicant, together with a copy of this order, an original and one copy of the following forms:   Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.

3. that if applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

Dated July 26, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge