IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02320-REB-PAC

CHARLES WILLIAM FLETCHER, III

       Applicant,

v.

GARY GOLDER, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

       Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Blackburn, Judge

       Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

       ORDERED that a certificate of appealability will not be issued.

       DATED at Denver, Colorado this 6th day of September, 2005.

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              JUDGE, UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF COLORADO