IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02320-REB-PAC

CHARLES WILLIAM FLETCHER, III

   Applicant,

v.

GARY GOLDER, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

   Respondents.

## SECOND ORDER TO CURE DEFICIENCY

Blackburn, Judge

   Applicant submitted a Motion for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 on July 29, 2005. The court has determined that the document is deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**  **Filing Fee**
   ___ is not submitted

**(B)**  **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
   ___ is not submitted
   ___ is missing affidavit
   _X_ is missing required financial information **(account statement must be certified)**
   ___ is missing an original signature by the prisoner
   ___ is not on proper form (must use the court's current form)
   ___ other_____

1

Accordingly, it is

ORDERED that applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to applicant a copy of this order. It is

FURTHER ORDERED that, if applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 6th day of September, 2005.

BY THE COURT:

s/ Robert E. Blackburn
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO